MARION AUSTIN BRUMBLEY, alias MARION AUSTIN BRUMBY, Appellant, v. STATE OF FLORIDA, Appellee.

May 21, 1946                                          January Term, 1946
Rehearing deniel June 11, 1946                          Division A

Affirmed.

WINFORD W, WOOD, Appellant, v. MABEL A. WOOD, Appellee

May 17, 1946                                          January Term, 1946
                                                        Division B

Affirmed.

G. L. BROOKS and MILLARD F. TUCKER, Appellants, v. STATE OF FLORIDA, Appellee.

May 24, 1946                                          January Term, 1946
                                                        Division A

Affirmed.

PANAMA CITY TRANSIT COMPANY, INC., a corporation, Appellant, v. JENNIE BARTON, joined by her husband, J. C. BARTON, Appellees.

May 24, 1946                                          January Term, 1946
                                                        Division B

Affirmed.

PANAMA CITY TRANSIT COMPANY, Appellant, v. EUNICE B. FOSTER, joined by her husband, M. E. FOSTER, Appellees.

May 28, 1946                                          January Term, 1946
                                                        Division B

Affirmed.

ARTHUR PINERO, Appellant, v. STATE OF FLORIDA, Appellee
May 28, 1946                                          January Term, 1946

Rehearing denied June 13, 1946                          Division B

Affirmed.

JOHN HENRY WATKINS, Appellant, v. STATE OF FLORIDA, Appellee.
May 28, 1946                                          January Term, 1946
                                                        Division B.

Affirmed.